■ MELAINE RODGERS, Respondent, v TOWN OF CHEEKTOWAGA, Appellant.—Order unanimously affirmed with costs for reasons stated at Supreme Court, Gossel, J. Memorandum: Since the town's alternative ground for reversal was raised for the first time on appeal, we have not considered it. (Appeal from order of Supreme Court, Erie County, Gossel, J.—late notice of claim.) Present—Callahan, J. P., Denman, Boomer, Pine and Lawton, JJ.